IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CARL DUANE WILLIAMS, | * | |
| Plaintiff, | * | |
| v. | * | CV 319-075 |
| WARDEN TOMMY BOWEN; SHERRYL BLAIR; C.O. II CONEY; and LIEUTENANT JOHNSON, | * | |
| Defendants. | * | |

**ORDER**

Before the Court is Plaintiff Carl Williams' Notice of Voluntary Dismissal. Because none of the Defendants have answered the complaint or moved for summary judgment, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear their own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE