# United States District Court
## *Southern District of Georgia*

CARL DUANE WILLIAMS,

       Plaintiff,

               **v.**

WARDEN TOMMY BOWEN; SHERRYL
BLAIR; C.O. II CONEY; and LIEUTENANT
JOHNSON,

       Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 319-075

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

pursuant to the Order dated January 8, 2020 and with Notice of Voluntary Dismissal under Federal

Rule of Civil Procedure 41(a)(1)(A)(i), that this case is dismissed without prejudice. Each party

shall bear their own costs and attorney's fees. This case stands closed.



| | |
|---|---|
| 01/08/2020 | Scott L. Poff |
| *Date* | *Clerk* |
| | /s/ Jamie Hodge |
| | *(By) Deputy Clerk* |